IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 03-cr-00314-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMOND JAMES HOSLETT,

    Defendant.

---

**MINUTE ORDER**

---

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant has filed a "Motion for Return of Property" pro se. This court does not allow hybrid representation. The motion is stricken. All motions must be filed by defendant's counsel.

Dated: January 10, 2006

    /s/ Jane Trexler, Secretary/Deputy Clerk